```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN PABLO REYES-AYALA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-486 LKK |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JUAN PABLO REYES-AYALA, | ) Date:  December 16, 2008 |
| | ) Time:  9:15 A.M. |
| | ) Judge: Hon. Lawrence K. Karlton |
| | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, DANIEL McCONKIE, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 1, 2008 be vacated and a new date of December 16, 2008 at 9:15 a.m. be set for a status conference.

    Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.  Also, we are awaiting the Pre-Plea Presentence Investigation Report.

    It is further stipulated and agreed to between the parties that from the date of this stipulation to December 16, 2008, time should be excluded within which the trial of the above criminal prosecution must

1  commence for purposes of the Speedy Trial Act.  All parties stipulate
2  and agree that this is an appropriate exclusion of time within the
3  meaning of Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code
4  T4).

6  Dated: November 25, 2008           Respectfully submitted,

7                                     DANIEL BRODERICK
                                      Federal Defender

9                                      /s/ Dennis S. Waks
                                      DENNIS S. WAKS
10                                    Supervising Assistant Federal
                                      Defender
11                                    Attorney for Defendant
                                      JUAN PABLO REYES-AYALA

13                                    MCGREGOR W. SCOTT
                                      United States Attorney
14 Dated: November 25, 2008
15                                    /S/ Dennis S. Waks for
                                      DANIEL McCONKIE
16                                    Assistant U.S. Attorney

17                          **ORDER**

18     **IT IS SO ORDERED.**

19
DATED: November 26, 2008

21                                    _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
22                                    UNITED STATES DISTRICT COURT

2