```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN PABLO REYES-AYALA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-08-486 LKK |
| Plaintiff,      ) | |
| ) | STIPULATION AND ORDER |
| v.                                ) | |
| JUAN PABLO REYES-AYALA,           ) | Date: January 21, 2009 |
| ) | Time: 9:15 A.M. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant.      ) | |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, DANIEL McCONKIE, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 16, 2008 be vacated and a new date of January 21, 2009 at 9:15 a.m. be set for a status conference.

    Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

    It is further stipulated and agreed to between the parties that from the date of this stipulation to January 21, 2009, time should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate

and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code T4).

December 12, 2008                           Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender


                                            /s/ Dennis S. Waks
                                            DENNIS S. WAKS
                                            Supervising Assistant Federal
                                            Defender
                                            Attorney for Defendant
                                            JUAN PABLO REYES-AYALA


                                            MCGREGOR W. SCOTT
                                            United States Attorney

Dated: December 12, 2008
                                            /S/ Dennis S. Waks for
                                            DANIEL McCONKIE
                                            Assistant U.S. Attorney

                              **ORDER**

   **IT IS SO ORDERED.**

DATED: December 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2